
RECEIVED
OCT 24 2003
CAESAR, RIVISE, BERNSTEIN
COHEN & POKOTILOW, LTD.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HIGH CONCRETE STRUCTURES, INC.,** | : | |
| **Plaintiff** | : | **Civ. No. 02-CV-0086** |
| **v.** | : | |
| **NEW ENTERPRISE STONE & LIME CO., INC. and ROBBINS MOTOR TRANSPORTATION, INC.,** | : | **Appeal No. 03-1477** |
| **Defendants.** | : | |

**ORDER**

AND NOW, this _____ day of_________________, 2003, upon consideration of the parties' Third Joint Motion for Waiver of Confidentiality as to Certain Items, the Protective Order in the above titled case is hereby modified as to waive the confidentiality for the items specified in the Third Joint Motion for Waiver of Confidentiality as to Certain Items.

_______________________________
Hon. Franklin S. Antwerpen, U.S.D.J




CAESAR, RIVISE, BERNSTEIN
COHEN & POKOTILOW, LTD.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HIGH CONCRETE STRUCTURES, INC.,** | : | |
| | : | **Civ. No. 02-CV-0086** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | **Appeal No. 03-1477** |
| **NEW ENTERPRISE STONE & LIME CO., INC. and ROBBINS MOTOR TRANSPORTATION, INC.,** | : | |
| **Defendants.** | : | |

**THIRD JOINT MOTION FOR**
**WAIVER OF CONFIDENTIALITY AS TO CERTAIN ITEMS**

Plaintiff, High Concrete Structures, Inc., and Defendants, New Enterprise Stone & Lime Co., Inc. and Robbins Motor Transportation, Inc., by agreement of the parties, hereby move the Court for an Order to waive the confidentiality of certain documents disclosed in Plaintiff's appeal brief to the Federal Circuit. This Stipulated Motion is in furtherance of the parties' compliance with Federal Circuit Rule 11(d) requiring modification of protective orders by agreement of the parties in certain circumstances.

The parties have agreed to waive confidentiality for the following list of pages:

| CITATION | PAGE NUMBER(S) |
|---|---|
| Deposition of Kenneth Baur | 34-39, 68, 203 |
| HC 001956 | N/A |
| HC 001874 | N/A |
| Scholz Transcript | 50 |
| General Unloading Procedure for Tilt Frames | HC001620-1622 |
| Baur April 9, 2003 Supplemental Declaration | 1-5 and Photocopy of Original Model |
| Expert Report of James A. Kirk | Attachment H-1 |
| Kirk Deposition | 164-6, 265, 280-281 |
| Grauer Deposition | 85 |
| Defendants' Brief in Support of Motion for Summary Judgment on Best Mode (2/21/2003) | 21 |

The parties hereby respectfully request that the Court modify the Protective Order in the above named case by entering the attached Order.

Respectfully submitted,

October 24, 2003

By: Bruce J. Chasan

Manny D. Pokotilow (Attorney I.D. #13310)
Bruce J. Chasan (Attorney I.D. #29227)
Salvatore Guerriero (Attorney I.D. #83680)
CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.
Seven Penn Center - 12th Floor
1635 Market Street
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Attorneys for Plaintiff

October 24, 2003

By: Nicole D. Galli

Jon A. Baugman
Erik N. Videlock
Nicole D. Galli
Kathleen Johnson
James D. Singer
Barbara L. Delaney
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4027
Facsimile: (215) 981-4750

Attorneys for Defendants