IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HIGH CONCRETE, INC.** | : | **CIVIL ACTION:** |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 02-86 |
| | : | |
| **NEW ENTERPRISE STONE & LIME CO., INC., and ROBBINS MOTOR TRANSPORTATION, INC.** | : : : | |
| DefendantS. | : | |

## ORDER

**AND NOW** this 18th day of November, 2005, it is **ORDERED** that the Status Conference in the above-captioned case is **SCHEDULED** for **December 14, 2005, at 9:30 a.m.**, before the Honorable Paul S. Diamond, in his chambers, Room 5918, United States Courthouse, 601 Market St., Philadelphia, PA 19106.  In addition to each trial counsel, each plaintiff and defendant or, in the case of a corporate party, a representative with full authority to settle the case shall attend.  Telephone availability is not acceptable.  FAILURE TO COMPLY WITH THIS ORDER SHALL RESULT IN THE IMPOSITION OF SANCTIONS.

                **AND IT IS SO ORDERED.**

                **Paul S. Diamond, J.**